# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2011

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Stong, Elizabeth S. | U.S. Bankruptcy Court, EDNY | 05/14/2012 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. Bankruptcy Judge | ☐ Nomination Date<br>☐ Initial ✔ Annual ☐ Final<br>5b. ☐ Amended Report | 01/01/2011 to 12/31/2011 |

**7. Chambers or Office Address**

U.S. Bankruptcy Court - EDNY
271 Cadman Plaza East
Brooklyn, NY 11201

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Insert signature on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Member Audit Committee, Committee to Encourage Judicial Service | NY City Bar Association |
| 2. | Section Delegate to ABA House of Delegates | ABA Business Law Section |
| 3. | Member | ABA Standing Committee on Continuing Legal Education |
| 4. | Member Council, Audit Committee | American Law Institute |
| 5. | Fellow | American Bar Foundation |
| 6. | Fellow | New York Bar Foundation |
| 7. | Vice President | Federal Bar Council |
| 8. | Member Executive Committee | Harvard Law School Association |
| 9. | Member Board | New York Law Institute |
| 10. | Judge | CPR Awards for Excellence in ADR |
| 11. | Co Chair Pro Bono Subcommittee | ABA Business Law Section Business Bankruptcy Committee |
| 12. | Chair International Judicial Relations Comm, Member ABA Relations Comm | National Conference of Bankruptcy Judges |
| 13. | Member Bankruptcy, Pro Bono, and Foundation Law Committees | Brooklyn Bar Association |
| 14. | Member Executive Committee | ABA Judicial Division National Conference of Federal Trial Judges |
| 15. | Board Member, Executive Committee Member, Chair Programs and Pubs Committee | Practising Law Institute |

| Name of Person Reporting | Date of Report |
|---|---|
| Stong, Elizabeth S. | 05/14/2012 |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stong, Elizabeth S. | 05/14/2012 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2011 | St. John's University School of Law - teaching | $6,000.00 |
| 2. | 2011 | Brooklyn Law School - teaching | $11,000.00 |
| 3. | 2011 | Fordham Law School - teaching | $800.00 |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2011 | Federal Reserve Bank of New York salary and retirement benefit (spouse) |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | American Bar Association | January 13-16, 2011 | San Juan, PR | ABA Business Law Section meeting | transportation, meals, lodging |
| 2. | American Law Institute | January 20-21, 2011 | Philadelphia, PA | ALI Council Meeting | transportation, meals, lodging |
| 3. | American Bar Association and New York State Bar Association | February 11-14, 2011 | Atlanta, GA | ABA Midyear Meeting | transportation, meals, lodging |
| 4. | American Bar Association | April 13-16, 2011 | Boston, MA | ABA Business Law Section meeting | transportation, meals, lodging |
| 5. | New York Institute of Credit | May 12-13, 2011 | Mohegan Sun, CT | NYIC conference | transportation, meals, lodging |

| Name of Person Reporting | Date of Report |
|---|---|
| Stong, Elizabeth S. | 05/14/2012 |

| | | | | |
|---|---|---|---|---|
| 6. ALI-ABA | May 15, 2011 | San Francisco, CA | ALI-ABA program | transportation |
| 7. American Bar Association | June 20-24, 2011 | Barcelona, Spain | World Justice Forum conference | transportation, meals, lodging |
| 8. American Bankruptcy Institute | July 21-24, 2011 | Newport, RI | ABI conference | transportation, meals, lodging |
| 9. American Bar Association | August 5-10, 2011 | Toronto, Canada | ABA Annual Meeting | transportation, meals, lodging |
| 10. International Bar Association | September 5, 2011 | Buenos Aires, Argentina | IBA conference | transportation, meals |
| 11. American Law Institute | September 23, 2011 | Philadelphia, PA | ALI Advisors Meeting | transportation, meals, lodging |
| 12. International Insolvency Institute | October 3-6, 2011 | Vienna, Austria | UNCITRAL meeting | transportation, meals, lodging |
| 13. American Bar Ass'n, IWIRC, National Conference of Bankruptcy Judges | October 11-15, 2011 | Tampa, FL | ABA and NCBJ conference | transportation, meals, lodging |
| 14. American Bar Association, International Insolvency Institute | November 1-4, 2011 | Vienna, Austria | UNCITRAL meeting | transportation, meals, lodging |
| 15. American Bar Association | November 16-18, 2011 | Washington, DC | ABA Business Law Section | transportation, meals, lodging |
| 16. American Bankruptcy Institute | December 1-3, 2011 | Palm Springs, CA | ABI conference | transportation, meals, lodging |
| 17. World Bank - International Finance Corp. | December 11-12, 2011 | Tunis, Tunisia | World Bank-IFC conference | transportation, meals, lodging |

| Name of Person Reporting | Date of Report |
|---|---|
| Stong, Elizabeth S. | 05/14/2012 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stong, Elizabeth S. | 05/14/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. JP Morgan accounts | B | Interest | O | T | | | | | |
| 2. Citibank accounts | D | Interest | O | T | | | | | |
| 3. HSBC accounts | B | Interest | N | T | | | | | |
| 4. Teachers Credit Union accounts | B | Interest | K | T | | | | | |
| 5. Fidelity Tax Free NY Insured Bond Fund | D | Dividend | N | T | | | | | |
| 6. AT&T Corp. common stock | B | Dividend | K | T | | | | | |
| 7. ExxonMobil Corp. common stock | B | Dividend | K | T | | | | | |
| 8. Comcast Corp. common stock | A | Dividend | J | T | | | | | |
| 9. Alcatel-Lucent ADRs (was Lucent Techs common stock) (Y) | | | | | | | | | |
| 10. Bank Hapoalim - NY CD | A | Interest | | | Matured | 01/13/11 | M | | |
| 11. Wilmington Trust Co - DE CD | A | Interest | | | Matured | 04/14/11 | M | | |
| 12. Banco Popular - PR CD | A | Interest | M | T | Buy | 04/21/11 | M | | |
| 13. Bank of China - NY CD | A | Interest | M | T | Buy | 04/21/11 | M | | |
| 14. Investors Savings Bank - NJ CD | A | Interest | | | Buy | 04/21/11 | M | | |
| 15. Investors Savings Bank - NJ CD | A | Interest | | | Matured | 10/28/11 | M | | |
| 16. GE Capital Retail - UT - CD | A | Interest | M | T | Buy | 10/28/11 | M | | |
| 17. Western Asset Instl Liquid Res | A | Dividend | M | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stong, Elizabeth S. | 05/14/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. WF&G DC Plan-Legal Serv Pers-Scudder Stable Value Fund | C | Dividend | N | T | | | | | |
| 19. WF&G 401K Plan-Scudder Stable Value Fund | C | Dividend | N | T | | | | | |
| 20. Farm Property, Lawrence County, Pennsylvania | B | Rent | M | W | | | | | |
| 21. Rental Property, Kings County, New York | E | Rent | N | W | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stong, Elizabeth S. | 05/14/2012 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Avaya Communictions, NCR Corp. new common stock, and Skyline Corp have been deleted from Part VII - Investments and Trusts as they fall below the reporting value of $1000 and were marked with a (Y) in my report for 2010.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ **Elizabeth S. Stong**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544